David P. King (SBN 136765)
KING CHENG MILLER & JIN, LLP
3675 Huntington Dr., Suite 200
Pasadena, California 91107
Tel.: (626) 304-9001; Fax.: (626) 304-9002
dpk@kcmlaw.net

Attorney for Plaintiff
CHILDREN'S APPARELNETWORK, LTD.,

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHILDREN'S APPAREL NETWORK, LTD.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ETIWANDA LOGISTICS, INC., a California corporation,<br>　　　　　　Defendant. | Case No. 5:21-cv-00011-JGB-(SHKx)<br><br>Hon. Jesus G. Bernal<br><br>**Consent Judgment** |

**THIS MATTER** having been opened to the Court by King Cheng Miller & Jin. LLP, attorneys for Plaintiff Children's Apparel Network, Ltd. ("CAN") with the consent of Defendant Etiwanda Logistics, Inc., a California Corporation ("Etiwanda") and it appearing that the parties entered into a Settlement Agreement and Release to resolve the within action and, as part of that Settlement Agreement and Release, Etiwanda willingly executed this Consent Judgment, the contingent entry of which is governed by the terms and conditions of the Settlement Agreement and Release; and good cause appearing;

　**IT IS** on this 23rd day of September, 2022, ORDERED AND ADJUDGED:

　1.　　Judgment is entered in favor of Plaintiff and against Defendant in the amount of $40,000.00 as of September 23, 2022, plus interest pursuant to 28 U.S.C. §1961. Any payments

1

made to Plaintiff pursuant to the terms of the Settlement Agreement and Release shall be credited towards satisfaction of said Consent Judgment.

_____
Hon. Jesus G. Bernal, U.S. District Judge

**We hereby** consent to the form and entry of this Consent Judgment:

| | |
|---|---|
| Dated: Pasadena, California<br>September __, 2022 | Dated: Newport Beach, California<br>September 7, 2022 |
| King Cheng Miller & Jin, LLP<br>Attorneys for Plaintiff | Morasse Collins & Clark, APC<br>Attorneys for Defendant |
| By: _____<br>David P. King, Esq. | By: *Steven R. Morasse, Esq.*<br>Steve R. Morasse, Esq. |
| 3675 Huntington Dr., Suite 200<br>Pasadena, California 91107 | 1401 Dove Street, Suite 310<br>Newport Beach, California 92660 |